1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10

11   BRIAN GREGORY LEWIS,           ) Case No. CV 08-7642-AHM(RC)
                                     )
12                 Petitioner,       )
                                     ) OPINION AND ORDER ON A
13   vs.                             ) PETITION FOR HABEAS CORPUS
                                     )
14   GOV. ARNOLD SCHWARZENEGGER,     )
                                     )
15                 Respondent.       )
     _____)
16

17       On October 22, 2008, petitioner Brian Gregory Lewis, a state

18   inmate confined at California State Prison in Lancaster, California,

19   proceeding pro se, filed a habeas corpus petition under 28 U.S.C. §

20   2254 in the United States District Court for the Eastern District of

21   California, which transferred the action to this district court on or

22   about November 19, 2008, opining petitioner "challenges a prison

23   disciplinary action."  However, petitioner has not checked the box on

24   the petition stating the petition concerns "Prison discipline," and it

25   is not at all clear to this Court that the petitioner is challenging

26   prison discipline.  Since the nature of petitioner's complaint is not

27   clear, on November 24, 2008, the Court dismissed the petition with

28   leave to amend, pursuant to Fed. R. Civ. P. 12(e), and ordered

1 petitioner to file an amended petition within thirty days.

2

3                              **DISCUSSION**

4      Rule 1 of the Rules Governing Section 2254 Cases in the United

5 States District Courts ("Rules") provides that the Rules govern the

6 procedure in the federal district courts on an application under 28

7 U.S.C. § 2254 by a person in custody pursuant to a judgment of a state

8 court.  28 foll. U.S.C. § 2254, Rule 1.  As an initial matter, Rule

9 2(a), 28 foll. U.S.C. § 2254, requires a habeas corpus petition must

10 comply with the following format:

11

12      If the petitioner is currently in custody under a state

13      court judgment, the petition must name as respondent the

14      state officer who has custody.

15

16 Rule 2(a).  Here, petitioner improperly named the Governor of the

17 State of California as the respondent.  "The proper respondent in a

18 federal habeas corpus petition is the petitioner's 'immediate

19 custodian.'"  <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th

20 Cir. 1992) (per curiam) (citation omitted).  "This person typically is

21 the warden of the facility in which the petitioner is incarcerated."

22 <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994);

23 <u>Brittingham</u>, 982 F.2d at 379.  "Failure to name the petitioner's

24 custodian as a respondent deprives federal courts of personal

25 jurisdiction."  <u>Stanley</u>, 21 F.3d at 360; <u>Belgarde v. State of Montana</u>,

26 123 F.3d 1210, 1212 (9th Cir. 1997).  Clearly, the Governor is not

27 petitioner's "immediate custodian."  Additionally, the Court found the

28 petition was indefinite and vague as to whether petitioner was

1 || challenging prison discipline or some other matter.

2

3 ||     Although this Court could have immediately summarily dismissed

4 || without prejudice the habeas petition, the Court instead dismissed the

5 || petition with leave to amend and ordered petitioner to file an amended

6 || petition, within thirty (30) days.  The petitioner was admonished that

7 || failure to timely file the amended petition could result in dismissal

8 || of the action.  Although more than thirty days have passed, petitioner

9 || has not filed an amended petition.

10

11 ||     Rule 4 of the Rules Governing Section 2254 Cases in the United

12 || States Courts provides that "[i]f it plainly appears from the face of

13 || the petition and any exhibits annexed to it that the petitioner is not

14 || entitled to relief in the district court, the judge shall make an

15 || order for its summary dismissal. . . ."  28 foll. U.S.C. § 2254,

16 || Rule 4.  Since the habeas petition is defective on its face, and does

17 || not name the proper respondent and is vague as to which matter

18 || petitioner is challenging, it should now be summarily dismissed

19 || without prejudice.

20 ||                              **ORDER**

21 ||     IT IS HEREBY ORDERED that Judgment shall be entered SUMMARILY

22 || DISMISSING without prejudice the petition for writ of habeas corpus.

23

24

25 || DATE: _January 8, 2009_                    _____

26 ||                                            A. HOWARD MATZ
                                               UNITED STATES DISTRICT JUDGE

27

28