UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GREGORY LEWIS,<br><br>        Petitioner,<br><br>vs.<br><br>GOV. ARNOLD SCHWARZENEGGER,<br><br>        Respondent. | Case No. CV 08-7642-AHM(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE: January 8, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE